UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA ROOM 110

DEFT:   JOHN KLESS (J)#                          CASE NO:   19-MJ-6187-SELTZER

AUSA: ✔ M. ANTON ( C. WOOD DUTY AUSA)          ATTY:

USPO:                                            VIOL:
                                                 **18:U.S.C. § 875**

PROCEEDING:   INITIAL APPEARANCE                 RECOMMENDED BOND:

BOND/PTD   HEARING HELD ( yes / no              COUNSEL APPOINTED:

BOND SET @: $25,000 10%         To be consigned by:   DEFT's WIFE.

❑   All standard conditions

❑   Do not encumber   property.                 ☒ — ADVISED OF Charges.
                                                WiLL HiRE Own ATTORNEY.
✔   Surrender and / or do not obtain passports / travel documents.

✔   Rpt to PTS as directed /  or  x's a week/month by phone; _
    x's a week/month in person.                 GoV'T Recommends / Proffer
                                                $25,000 10%
✔   Random   urine testing by Pretrial Services. _____
    Treatment as deemed necessary.
                                                Court Accepts Bond.
✔   Maintain or seek full - time employment.        Released
✔   No contact with victims / witnesses.        ( DEPOSiT $2,500 By
✔   No firearms.

    Electronic Monitoring: GPS                  Monday April 22, 2019 By 4PM
✔   Travel extended to: SD/FL

✔   Other: Reside At Current Address

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT   RE COUNSEL: | Friday May 3, 2019 At 11AM DUTY (Valle) | | | |
| **PTD**/BOND HEARING: | | | | |
| PRELIM/**ARRAIGN** OR REMOVAL: | FRIDAY MAY 3 2019 AT 11 AM DUTY (VALLE) | | | |
| STATUS RE EXTRADITION/HRG: | | | | |

DATE:   **4/19/19**      TIME:   **11:00 AM**   FTL/TAPE/#  } 25 Mins {   Begin   **DAR:**
                                                BSS-

2

***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS
COMPUTED UNDER THE SPEEDY TRIAL ACT ****** (YES OR NO)   **DAR:**   11:08:10 - 11:12:36

RETAINED : 11:14:57 - 11:38:32